IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN H. LARY, JR., M.D., individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>REXALL SUNDOWN, INC., REXALL SUNDOWN LLC, REXALL SUNDOWN 3001, LLC, REXALL, INC., REXALL US DELAWARE, INC., NBTY, INC. and JOHN DOES 1-10,<br><br>Defendants.<br><br>―――――――――――――――――――<br><br>CORPORATE MAILINGS, INC. d/b/a CCG MARKETING SOLUTIONS,<br><br>Third Party Plaintiff,<br><br>v.<br><br>HEALTHCARE DATA EXPERTS, LLC,<br><br>Third Party Defendant. | Civil Action No. CV-13-5769-SFJ-ARL<br><br>ORAL ARGUMENT REQUESTED<br><br><br><br>NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION |

**TO:**

Brian J. Wanca
Anderson & Wanca
3701 Algonquin Road
Suite 760
Rolling Meadows, Illinois 60008

Aytan Yehoshua Bellin
Bellin & Associates LLC
85 Miles Avenue
White Plains, NY 10606

John Hooper, Eric F. Gladbach, &
Henry Pietrkowski
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

Max Margulis
Margulis Law Group
28 Old Belle Monte Rd.
Chesterfield, MO 63017

**PLEASE TAKE NOTICE** that on a return date to be set by the Hon. Sandra J. Feuerstein, U.S.D.J., Defendant/Third Party Plaintiff Corporate Mailings, Inc. d/b/a CCG Marketing Solutions ("CCG") shall move before this Court for an order and judgment, pursuant to Federal Rule of Civil Procedure 12(b)(1), dismissing Plaintiff's Amended Complaint with prejudice because of the Court's lack of subject matter jurisdiction over this matter, and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that CCG intends to rely upon the Declaration of Matthew J. Fedor and exhibit(s) thereto; the accompanying Memorandum of Law and the pleadings and prior proceedings herein in support of this motion.

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby requested at a date and time to be determined by the Court.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civ. R. 6.1 and the Individual Rules of Hon. Sandra J. Feuerstein, U.S.D.J., your opposition, if any, must be served upon all parties, filing only a cover letter with the Court, within fourteen days of service of this motion.

July 21, 2014

DRINKER BIDDLE & REATH LLP

By: /s/Matthew J. Fedor

Matthew J. Fedor
Walter J. Fleischer, Jr. (*pro hac vice*)
600 Campus Drive
Florham Park, NJ 07932
Phone: 973.549.7000
Fax: 973.360.9831
matthew.fedor@dbr.com

*Attorneys for Defendant/Third Party Plaintiff Corporate Mailings, Inc. d/b/a CCG Marketing Solutions*